**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| IN RE: CONSOLIDATED RETURN OF THE TAX CLAIM BUREAU OF THE COUNTY OF BEAVER FROM THE AUGUST 16, 2011 UPSET SALE FOR DELINQUENT TAXES | : No. 11 WAL 2015 :<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>: |
| EILEEN BATTISTI | :<br>: |
| v. | :<br>: |
| BEAVER COUNTY TAX CLAIM BUREAU AND S.P. LEWIS | :<br>:<br>:<br>: |
| PETITION OF: S.P. LEWIS | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.